UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN GILLINGS,

    Plaintiff,                           Case No. 1:21-cv-264

v.                                              Hon. Hala J. Jarbou

HASLETT PUBLIC SCHOOLS, et al,

    Defendants.
_____/

**ORDER STAYING CASE**

As discussed with the parties at the time scheduled for the Rule 16 Scheduling Conference on June 10, 2021, this case is hereby **STAYED** pending a settlement conference to be held with the Hon. Sally J. Berens on August 10, 2021.  The Rule 16 Conference shall reconvene by telephone on **August 24, 2021, at 10:00 a.m.** if the case does not settle.

**IT IS SO ORDERED.**

Dated:  June 15, 2021                        /s/ Ray Kent
                                                 RAY KENT
                                                 United States Magistrate Judge