UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Susan Gillings,

       Plaintiff,                             Case No. 21-cv-264
                                                                    Hon. Hala Y. Jarbou

v.

Haslett Public Schools and
Steven L. Cook in his individual
and official capacities,

       Defendant.

_____/

## STIPULATION AND ORDER TO FILE AMENDED PLEADINGS

The parties, by and through counsel, hereby agree to the filing of the Amended Complaint, as proposed in Plaintiff's motion to amend her Complaint.

IT IS HEREBY ORDERED that Plaintiff may file her proposed Amended Complaint as attached to her motion to amend pleadings.

IT IS SO ORDERED.

                                                            _____
                                                            Hon. Hala Y. Jarbou

Stipulated to by:

By: */s/ Beth M. Rivers*                      By: */s/ Timothy J. Mullins*
Michael L. Pitt (P24429)                  Timothy J. Mullins (P28021)
Beth Rivers (P33614)                       Giarmarco, Mullins & Horton, P.C.
Pitt, McGehee, Palmer Bonanni & Rivers, PC  *Attorney for Defendants*
*Attorneys for Plaintiff*                       101 W. Big Beaver Road, 10th Floor
117 West Fourth Street, Suite 200        Troy, MI 48084-5280
Royal Oak, Michigan 48067              (248) 457-7020
(248) 398-9800                                tmullins@gmhlaw.com
mpitt@pittlawpc.com
brivers@pittlawpc.com